IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00598-AP

DOROTHY REDABAUGH,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| WILLIAM T. DAWSON<br>William T. Dawson, L.L.C.<br>2546 15th Street<br>Denver, CO 80211<br>Telephone: (303) 455-0400<br>Facsimile: (303) 433-4231<br>williamtdawson@gmail.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>ALEXESS D. REA<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>Telephone: (303) 844-7101<br>Facsimile: (303)454-0770<br>alexess.rea@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:**  March 9, 2011
**B.  Date Complaint Was Served on U.S. Attorney's Office:** March 14, 2011
**C. Date Answer and Administrative Record Were Filed:** May 16, 2011 (Answer) and May 17, 2011 (Administrative Record)

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

At this time, the Administrative Record appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiff's Opening Brief Due:** July 6, 2011
**B.  Defendant's Response Brief Due:** August 5, 2011
**C.  Plaintiffs Reply Brief (If Any) Due:** August 22, 2011

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
   Plaintiff requests oral argument.

**B. Defendant's Statement:**
   Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.  (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 7th day of June, 2011.

                                          BY THE COURT:


                                          *s/John L. Kane*_____
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:                                                          For Defendant:

                                                                        JOHN F. WALSH
s/ *William T. Dawson*                                                  United States Attorney
WILLIAM T. DAWSON                                                       District of Colorado
William T. Dawson, L.L.C.
2546 15th Street                                                        KEVIN TRASKOS
Denver, CO 80211                                                        Deputy Chief, Civil Division
Telephone: (303) 455-0400                                               United States Attorney's Office
Facsimile: (303) 433-4231
williamtdawson@gmail.com                                                WILLIAM G. PHARO
                                                                        Assistant United States Attorney
Attorney for Plaintiff
                                                                         s/   *Alexess D. Rea*
                                                                        ALEXESS D. REA
                                                                        Special Assistant United States Attorney
                                                                        1001 17th Street
                                                                        Denver, CO 80202
                                                                        Telephone: (303) 844-7101
                                                                        Facsimile: (303) 454-0770
                                                                        alexess.rea@ssa.gov

                                                                        Attorneys for Defendant