IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:11-cv-00598-JLK

DOROTHY G. REDABAUGH,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Comm'r of Soc. Sec.,

    Defendant.

## ORDER

This matter is before the Court in connection with Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") filed on August 17, 2011.  Having reviewed the motion, case file and Order and Judgment entered on August 3, 2011, the Court hereby

ORDERS that Plaintiff's Unopposed Motion for Attorney Fees Under EAJA filed August 17, 2011 is GRANTED.  Attorney fees in the amount of $5,589.00 shall be paid by the agency to Plaintiff and mailed to Plaintiff's attorney Alan M. Agee.

DATED this 18th day of August 2011.

BY THE COURT:

*s/John L. Kane*___
U.S. DISTRICT COURT JUDGE